ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 OCT 20 PM 4:12

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| GABRIEL VERGARA-GENCHI, | ) |
| Petitioner, | ) |
| v. | ) CV 314-084 |
| STACEY STONE, | ) |
| Respondent. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Petitioner's motion to proceed *in forma pauperis* (doc. no. 2), **DISMISSES** the petition without prejudice for Petitioner's failure to exhaust administrative remedies, and **CLOSES** this civil action.

SO ORDERED this 20th day of October, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] On September 22, 2014, several days after the Magistrate Judge issued his Report and Recommendation, Petitioner filed a motion to expedite, in which he asked the Court to address his petition in a timely manner because his alleged release date was rapidly approaching. (Doc. no. 6.) Because the Court is dismissing the petition without prejudice for Petitioner's failure to exhaust administrative remedies, the Court also **DENIES AS MOOT** the motion to expedite.